1  I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025, is an
7  informed and voluntary one.
8  _____     8/9/24
9  JOHN TARGOWSKI                       Date
   Attorney for Defendant
10 GUILLERMO ZAMBRANO
11
12  I have read this stipulation and have carefully discussed it
13 with my attorney. I understand my Speedy Trial rights.  I voluntarily
14 agree to the continuance of the trial date, and give up my right to
15 be brought to trial earlier than October 21, 2025.  I understand that
16 I will be ordered to appear in Courtroom 8C of the Federal
17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18 2025 at 8:30 a.m.
   Guillermo Ortiz                      08-09-24
19
20 GUILLERMO ZAMBRANO                    Date
   Defendant
21
22             **CERTIFICATION OF INTERPRETER**
23  I, _____, am fluent in the written and spoken
24 English and Spanish languages.  I accurately translated this entire
25 agreement from English into Spanish to defendant GUILLERMO ZAMBRANO
26 on this date.
27 Self interpreter                      _____
28 INTERPRETER                            Date

11