E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-5735
     Facsimile:  (213) 894-0142
     Cell:       (213) 500-9369
     E-mail:     julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00524(A)-DMG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| EDGAR JOEL MARTINEZ-REYES ET AL., | |
| Defendants. | **CURRENT TRIAL DATES:**   11/5/24; 3/25/2025 **PROPOSED TRIAL DATE:**   5/19/2025 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Julie J. Shemitz, and defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both individually and by and through his counsel of record, Zaura Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE, both individually and by and through his counsel of record, Victor

1  Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and

2  through his counsel of record, Robert M. Helfend; PANYU ZHAO, both

3  individually and by and through his counsel of record, Louis J.

4  Shapiro; RAUL CONTRERAS, individually, and by and through his counsel

5  of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by

6  and through his counsel of record, John Targowski; LUIS BELANDRIA-

7  CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and

8  through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both

9  individually and by and through his counsel of record, Michael D.

10 Walsh; JIAYUNG YU, both individually, and by and through his counsel

11 of record, Jonathan Perliss; XIAOLEI YE, both individually, and by

12 and through his counsel of record, Edward M. Robinson; XUANYI MU

13 ("MU"), both individually and by and through his counsel of record,

14 Donald M. Matson; SHOU YANG, individually, and by and through his

15 counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both

16 individually, and by and through his counsel of record,       OSCAR

17 EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his

18 counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-

19 ROBLES"), both individually and by and through his counsel of record,

20 Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through

21 his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,

22 individually, and by and through his counsel of record, Peter

23 Johnson; JOSE ANTONIO PARDO, individually, and by and through his

24 counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,

25 and by and through his counsel of record, Kevin Gres, hereby

26 stipulate as follows:

27

28

1    1.    On April 4, 2024, a grand jury for the Central District of
2  California returned first superseding indictment as to both United
3  States v. Zhang, et al. and United States v. Martinez-Reyes, et al.
4  Initial appearance and arraignment for defendant CHENGWU HE has been
5  set for August 22, 2024.

6    2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7  trial commence on or before August 20, 2024.

8    3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9  GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10  district.

11    4.    All defendants who have appeared in this district have been
12  released on bond pending trial.

13    5.    The parties estimate that the trial in this matter will
14  last approximately three weeks.  All defendants are joined for trial
15  and a severance has not been granted.

16    6.    By this stipulation, the parties move to continue the trial
17  date to and the status conference to October 21, 2025 and the status
18  conference to October 8, 2025.

19    7.    Defendants request the continuance based upon the following
20  facts, which the parties believe demonstrate good cause to support
21  the appropriate findings under the Speedy Trial Act:

22        a.    Counsel for defendants represent that they have
23  various prior obligations and trial conflicts as set out in Exhibit A
24  hereto. Counsel for defendants also represent that additional time is
25  necessary to confer with their defendants, conduct and complete an
26  independent investigation of the case, conduct and complete
27  additional legal research including for potential pre-trial motions,
28

3

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6      b.    Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9      c.    The government does not object to the continuance.

10     d.    The requested continuance is not based on congestion

11  of the Court's calendar, lack of diligent preparation on the part of

12  the attorney for the government or the defense, or failure on the

13  part of the attorney for the Government to obtain available

14  witnesses.

15     8.    For purposes of computing the date under the Speedy Trial

16  Act by which defendants' trial must commence, the parties agree that

17  the time period of January 2, 2024 to October 21, 2025, inclusive,

18  should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19  (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20  continuance granted by the Court at defendants' request, without

21  government objection, on the basis of the Court's finding that:

22  (i) the ends of justice served by the continuance outweigh the best

23  interest of the public and defendant in a speedy trial; (ii) failure

24  to grant the continuance would be likely to make a continuation of

25  the proceeding impossible, or result in a miscarriage of justice; and

26  (iii) failure to grant the continuance would unreasonably deny

27  defendant continuity of counsel and would deny defense counsel the

28

1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3     9.    Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9     IT IS SO STIPULATED.
   Dated: August 5, 2024             Respectfully submitted,

10

11                                   E. MARTIN ESTRADA
                                     United States Attorney

12                                   MACK E. JENKINS
                                     Assistant United States Attorney
13                                   Chief, Criminal Division

14

15         _____/s/_____
                                     JULIE J. SHEMITZ
16                                   Assistant United States Attorney

17                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

18

19

20     I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21  discussed every part of this stipulation and the continuance of the

22  trial date with my client. I have fully informed my client of his

23  Speedy Trial rights.  To my knowledge, my client understands those

24  rights and agrees to waive them.  I believe that my client's decision

25  to give up the right to be brought to trial earlier than _____

26  is an informed and voluntary one.

27  _____          _____

   ZAIRA VILLAGOMEZ                           Date
28

                                     5

Attorney for Defendant
EDGAR MARTINEZ-REYES

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

EDGAR MARTINEZ-REYES                          Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

INTERPRETER                                   Date

6

1    I am SAI ZHANG's attorney.  I have carefully discussed every

2   part of this stipulation and the continuance of the trial date with

3   my client.  I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8   _____        _____

    RUEVEN L. COHEN                               Date
9   YOUNGBIN SON
    Attorneys for Defendant
10  SAI ZHANG

11

12

13       This agreement has been read to me in Mandarin, the language I

    understand best, and I have carefully discussed every part of it with
14
    my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
    agree to the continuance of the trial date and give up my right to be
16
    brought to trial earlier than October 21, 2025.  I understand that I
17
    will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
    90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20  _____        _____

    SAI ZHANG                                     Date
21  Defendant

22               **CERTIFICATION OF INTERPRETER**

23       I, _____, am fluent in the written and spoken

    English and Mandarin languages.  I accurately translated this entire
24
    agreement from English into Mandarin to defendant SAI ZHANG on this
25
    date.
26

27  _____        _____

    INTERPRETER                                   Date
28

                                    7

1

2      I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3   every part of this stipulation and the continuance of the trial date

4   with my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025, is an

8   informed and voluntary one.

9   _____     _____
    ROBERT M. HELFEND                        Date
10  Attorney for Defendant
    BERNARDO MAUBERIS
11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____     _____
    BERNARDO MAUBERIS                        Date
21  Defendant

22

23              **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

```
INTERPRETER                              Date
```

I am PANYU ZHAO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
LOUIS J. SHAPIRO                         Date
Attorney for Defendant
PANYU ZHAO
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
PANYU ZHAO                               Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

1    _____        _____
2    INTERPRETER                             Date

3        I am RAUL CONTRERAS's attorney.  I have carefully discussed

4    every part of this stipulation and the continuance of the trial date

5    with my client. I have fully informed my client of his Speedy Trial

6    rights.  To my knowledge, my client understands those rights and

7    agrees to waive them.  I believe that my client's decision to give up

8    the right to be brought to trial earlier than October 21, 2025, is an

9    informed and voluntary one.

10   _____        _____
     CHARLES C. BROWN                        Date
11   Attorney for Defendant
     RAUL CONTRERAS

12

13

14       I have read this stipulation and have carefully discussed it

15   with my attorney. I understand my Speedy Trial rights.  I voluntarily

16   agree to the continuance of the trial date, and give up my right to

17   be brought to trial earlier than October 21, 2025.  I understand that

18   I will be ordered to appear in Courtroom 8C of the Federal

19   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20   2025 at 8:30 a.m.

21   _____        _____
     RAUL CONTRERAS                          Date
22   Defendant

23

24                    **CERTIFICATION OF INTERPRETER**

25       I, _____, am fluent in the written and spoken

26   English and Spanish languages.  I accurately translated this entire

27   agreement from English into Spanish to defendant RAUL CONTRERAS on

28   this date.

                                  10

INTERPRETER _____       Date _____

I am GUILLERMO ZAMBRANO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI _____       Date _____
Attorney for Defendant
GUILLERMO ZAMBRANO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO _____       Date _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER _____      Date _____

    I am HANG SU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

MICHAEL D. WALSH _____      Date _____
Attorney for Defendant
HANG SU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

HANG SU _____      Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____          _____
   MATTHEW J. LOMBARD                        Date
9  Attorney for Defendant
   OSCAR EDUARDO MAYORGA
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____
   OSCAR EDUARDO MAYORGA                      Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____          _____
   INTERPRETER                               Date
28

18

1      I, _____, am fluent in the written and spoken

2  English and Mandarin languages.  I accurately translated this entire

3  agreement from English into Mandarin to defendant SHOU YANG on this

4  date.

5

   _____     _____

6  INTERPRETER                           Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  agreement from English into Mandarin to defendant XUANYI MU on this
2  date.

3
   INTERPRETER                                    Date
4

5
      I am SHOU YANG's attorney.  I have carefully discussed every
6
   part of this stipulation and the continuance of the trial date with
7
   my client. I have fully informed my client of his Speedy Trial
8
   rights.  To my knowledge, my client understands those rights and
9
   agrees to waive them.  I believe that my client's decision to give up
10
   the right to be brought to trial earlier than October 21, 2025 is an
11
   informed and voluntary one.
12

13 SHOU YANG                                      Date
   Attorney for Defendant
14 ROBERT C. HSU

15

16    I have read this stipulation and have carefully discussed it
17 with my attorney. I understand my Speedy Trial rights.  I voluntarily
18 agree to the continuance of the trial date, and give up my right to
19 be brought to trial earlier than October 21, 2025.  I understand that
20 I will be ordered to appear in Courtroom 8C of the Federal
21 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
22 2025 at 8:30 a.m.

23
   SHOU YANG                                      Date
24 Defendant

25

26              **CERTIFICATION OF INTERPRETER**

27

28
                              16

INTERPRETER                                    Date

I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON                               Date
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU                                      Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

1  INTERPRETER _____        Date _____

2

3       I am XIAOLEI YE's attorney.  I have carefully discussed every

4  part of this stipulation and the continuance of the trial date with

5  my client. I have fully informed my client of his Speedy Trial

6  rights.  To my knowledge, my client understands those rights and

7  agrees to waive them.  I believe that my client's decision to give up

8  the right to be brought to trial earlier than October 21, 2025 is an

9  informed and voluntary one.

10  EDWARD M. ROBINSON _____        Date _____
    BRIAN ARTHUR ROBINSON
11  Attorneys for Defendant
    XIAOLEI YE
12

13

14       This agreement has been read to me in Mandarin, the language I

15  understand best, and I have carefully discussed every part of it with

16  my attorney.  I understand my Speedy Trial rights.  I voluntarily

17  agree to the continuance of the trial date and give up my right to be

18  brought to trial earlier than October 21, 2025.  I understand that I

19  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

20  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

21

22  XIAOLEI YE _____        Date _____
    Defendant

23                    **CERTIFICATION OF INTERPRETER**

24       I, _____, am fluent in the written and spoken

25  English and Mandarin languages.  I accurately translated this entire

26  agreement from English into Mandarin to defendant XIAOLEI YE on this

27  date.

28

                                    14

INTERPRETER                                    Date

I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS                               Date
Attorney for Defendant
JIAYONG YU

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU                                     Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

I am VICTOR RODRIGUEZ-TRUJILLO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
EDVIN S. FLORES                          Date
Attorney for Defendant
VICTOR RODRIGUEZ-TRUJILLO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
VICTOR RODRIGUEZ-TRUJILLO                Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant VICTOR RODRIGUEZ-TRUJILLO on this date.

_____        _____
INTERPRETER                              Date

1    I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client. I have fully informed my client of his Speedy Trial

4    rights.  To my knowledge, my client understands those rights and

5    agrees to waive them.  I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025 is an

7    informed and voluntary one.

8    _____          _____
     ROBERT BERNSTEIN                              Date
9    Attorney for Defendant
     VIDAL LICON-ROBLES
10

11
12    I have read this stipulation and have carefully discussed it

13    with my attorney. I understand my Speedy Trial rights.  I voluntarily

14    agree to the continuance of the trial date, and give up my right to

15    be brought to trial earlier than October 21, 2025.  I understand that

16    I will be ordered to appear in Courtroom 8C of the Federal

17    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18    2025 at 8:30 a.m.

19    _____          _____
     VIDAL LICON-ROBLES                            Date
20    Defendant

21

22                        **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24    English and Spanish languages.  I accurately translated this entire

25    agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26    on this date.

27    _____          _____
     INTERPRETER                                   Date
28

1       I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8   _____          _____
    ANTHONY M. SOLIS                          Date
9   Attorney for Defendant
    LEOPOLDO BERNAL
10

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____
    LEOPOLDO BERNAL                           Date
20  Defendant

21

22                      **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26  this date.

27  _____          _____
    INTERPRETER                               Date
28

I am JULIO ALEXANDER CABRERA's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____     _____
PETER JOHNSON                          Date
Attorney for Defendant
JULIO ALEXANDER CABRERA


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____     _____
JULIO ALEXANDER CABRERA                Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant JULIO ALEXANDER CABRERA on this date.

_____     _____
INTERPRETER                            Date

1    I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____      _____

MICHAEL S. CHERNIS                     Date
9  Attorney for Defendant
JOSE ANTONIO PARDO

10

11

12    I have read this stipulation and have carefully discussed it

with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
agree to the continuance of the trial date, and give up my right to
14
be brought to trial earlier than October 21, 2025.  I understand that
15
I will be ordered to appear in Courtroom 8C of the Federal
16
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
2025 at 8:30 a.m.
18

19  _____      _____

JOSE ANTONIO PARDO                     Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

English and Spanish languages.  I accurately translated this entire
24
agreement from English into Spanish to defendant JOSE ANTONIO PARDO
25
on this date.
26

27  _____      _____

INTERPRETER                            Date
28

23

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3   part of this stipulation and the continuance of the trial date with

4   my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025 is an

8   informed and voluntary one.

9   _____          _____8/9/24_____
    JIANDE ZHOU                              Date
10  Attorney for Defendant
    KEVIN D. GRES
11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____          _____8/9/2024_____
    JIANDE ZHOU                              Date
21  Defendant

22

23                      **CERTIFICATION OF INTERPRETER**

24      I, ___Yanyan Liu___, am fluent in the written and spoken

25  English and Mandarin languages.  I accurately translated this entire

26  agreement from English into Mandarin to defendant JIANDE ZHOUon this

27  date.

28

INTERPRETER

08/09/2024

Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28