```
 1  _____    _____
    INTERPRETER                                  Date
 2

 3
        I am XUANYI MU's attorney.  I have carefully discussed every
 4
    part of this stipulation and the continuance of the trial date with
 5
    my client. I have fully informed my client of his Speedy Trial
 6
    rights.  To my knowledge, my client understands those rights and
 7
    agrees to waive them.  I believe that my client's decision to give up
 8
    the right to be brought to trial earlier than October 21, 2025 is an
 9
    informed and voluntary one.
10
    /s/ Donald J. Matson                         8/8/2024
11  _____    _____
    DONALD J. MATSON                             Date
12  Attorney for Defendant
    XUANYI MU
13

14      I have read this stipulation and have carefully discussed it

15  with my attorney. I understand my Speedy Trial rights.  I voluntarily

16  agree to the continuance of the trial date, and give up my right to

17  be brought to trial earlier than October 21, 2025.  I understand that

18  I will be ordered to appear in Courtroom 8C of the Federal

19  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20  2025 at 8:30 a.m.
    /s/ Xuanyi Mu                                08/08/2024
21  _____    _____
    XUANYI MU                                    Date
22  Defendant

23

24                      CERTIFICATION OF INTERPRETER

25      I, __Ivan Lam__, am fluent in the written and spoken

26  English and Mandarin languages.  I accurately translated this entire

27

28
                                     15
```

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____     Date  8/8/2024
INTERPRETER

I am SHOU YANG's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____     Date
SHOU YANG
Attorney for Defendant
ROBERT C. HSU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____     Date
SHOU YANG
Defendant

**CERTIFICATION OF INTERPRETER**

16